# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WATTERS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00095-LSC-HGD |
| | ) | |
| D. B. DREW, WARDEN, | ) | |
| | ) | |
| Respondent | ) | |

## **O R D E R**

On January 27, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge.  Petitioner filed objections to the report and recommendation on February 14, 2006.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is therefore.

ORDERED, ADJUDGED and DECREED that, because this motion is a successive 28 U.S.C. § 2255 motion, and because Watters has not obtained the necessary certification from the Eleventh Circuit Court of Appeals to be able to file

a successive § 2255 motion, the motion is DENIED. Even if the petition is considered as a 28 U.S.C. § 2241 petition, it is ORDERED, ADJUDGED and DECREED that the petition is DENIED because petitioner has not shown that § 2255's savings clause is applicable or that petitioner is able to raise his claims on collateral review. This action hereby is DISMISSED WITH PREJUDICE.

 Done this <u>17th</u> day of <u>February 2006</u>.

          _____
            L. SCOTT COOGLER
         UNITED STATES DISTRICT JUDGE
              124153